# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POLLARD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DUFFY, ET AL.,<br><br>　　　　　　Respondent. | Case No. CV 18-5272-JLS (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED this action is DISMISSED with prejudice.

Dated: July 13, 2018

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge

Presented by:

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge